FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343          2026 JUL 22 P 3: 08

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Luis Jose N. Cabral                    )
[Enter above the full name of          )
the plaintiff in this action]          )
                                       )
                                       )
v.                                     )          Docket No.
                                       )
(MSP) - Maine state prison             )
                                       )
(MSP - Warden) - Thayer                )
Maine state prison unit manager of     )
600 unit - Rouke , C.O - Davis         )
[Enter above the full name of          )
the defendant(s) in this action]       )

I.    Previous Lawsuits

      A.    Have you begun other lawsuits in state or federal court dealing with the
            same facts involved in this action or otherwise relating to your
            imprisonment?                    Yes [  ]      No [✔]

      B.    If your answer to "A" is yes, describe the lawsuit in the space below.
            [If there is more than one lawsuit, describe the additional lawsuits on
            another piece of paper, using the same outline]

            1. Parties to this previous lawsuit

                  Plaintiff(s)      _____

                  Defendant(s)     _____
                                   _____

            2. Court [If federal court, name the district; if state court, name the county]

                                   _____

            3. Docket number       _____

            4. Name of judge whom case was assigned_____

5. Outcome [for example: It is still pending?  Was it dismissed?  Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome_____

II.    Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes [✔]      No [    ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?                    Yes [✔]        No [    ]

C. If your answer is "Yes"

1. What steps did you take? I wrote multiple grievances and Letter to warden & Deputy warden and they either got throwing away or ignored and nah answered.

2. What was the result? they got ignored & nah answered actually only one By the SGt. Moore in which he told me I'll speak to my C.o about it got answer.

III.    Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Luis Jose N. Cabral

Address 807 Cushing Road, Warren Maine 04864.

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant (MSP) maine state Prison and C.o Jonhson,

Position (MSP) Prison and the warden for the Prison CO's & unit manager

Address 807 Cushing Road, warren, Maine 04864

C. Additional Defendant(s) unit manager: Rouke, C.o Davis SGt. Ruffner, SGt. tooler, SGt. Moore, C.o Gordon, C.o Abduleh, C.o Jonhson, C.o Conrad, Co Cox, C.o Averill C.o Gokhan, nurse Heathret, warden thayer, case worker thomas howland.

Correctional officer: Avrill, Davis, Conrad
Case Worker: Tom E. Holland
Sargent: Ruffner, S.I.I: King, Sgt: Doore

IV.   **Statement of Claim**

[State here as briefly as possible the <u>facts</u> of your case.  Describe how each
defendant is involved.  Include also the names of other persons involved, dates and
places.  Do not give any legal arguments or cite any cases or statutes.  If you intend
to allege a number of related claims, number and set forth each claim in a separate
paragraph.  Use as much space as you need.  Attach extra sheet if necessary.]

(UM)-Rouke told marshalls that they were gonna placed me in "GP"
in a unit that holds fed-inmates but didnt when they left, they placed
me in (shu/600) and everytime I ask the (UM) when can I go to "GP"
he said naver, you got it stay in (shu) until you get sentenced because you
Dont Belong to us, that caused me to stay stuck in (shu) for 3 months, stripped
of all my legal rights & privilege, this Happen in oct till Dec 2025.

V.   **Relief**

[State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.]

Since alot of the things that have happen to me is illegal,
and a violation of my legal Rights, my constitutional Rights
of my Amendments and cruel and unusual punishment
towards me and more that I would like the opportunity
& chance to explain because I have no space Here
But I am seeking monetary relief.

_____
Signature of Plaintiff

Signed this **18**<sup>th</sup> day of **June** , 20**26**

I declare under penalty of perjury that the foregoing is true and correct.

_____
Date

_____
Signature of Plaintiff

(Statment of Claim)

Luis Cabral

✳ I Had to wait for 2 months to received my legal work, that I came in with from Cumberland County. from Oct - December.

✳ I've askin for mental Health for the Past 11 Days and the C.O's Been ignoring me and its Been like this the whole time I've Been Here.

✳ Back in those 3 months I Did in SHU/600, from Beginning of October to December, I consistantly ask to make a Lawyer Phone call and got Denyed too, which Lead me to Having my fiance send my Lawyer emails.

✳ I Reported in multiple ways that Lawyers Phone calls is suppoused to Be Private and nah recorde and got ignored and told that "they Dont give a fuck and to Deal with it that thats How it is Here!"

✳ I Have also received cruel & unusual Punnishment & Been targetted in this Prison.

✳ in November 8th of 2025, C.O - Davis grab my federal Legal work and federal Discoery and read it word BY word, this should Be on camera recordings, and then He took it to the C.O office and when I ask for it Back and told Him thats illegal and a violation of my rights, He Laugh at me and told me "shut the fuck up, I can Do whatever I want and on the HandBook says Im allow to Read your Legal mail" which is a lie and I Had all 3 HandBooks in my cell and Read every page & also Ask S.F.I, Seargants and CAPT & others C.O and thats hah legal or allow ever. I Have multiple witness on this.

✳ there is times that they Havnt given us the chance to shower Past 4 Days no shower.

✳ than again on November 14th, C.O Davis again went in my room when I went out to rec and flipped my room, striped my pictures of the way and threw all my Pictures and Blankets on the floor and again Read some more of my other Legal work that I Just finish getting from my Lawyer a few Days ago, that the Prison also Held for an extensive period amount of time. [every time I wrote a grievance about this (unit manager - Rouge try to tell me C.O Davis Didnt work on those Days.]

✳ Also After the November 8th & 14th incident C.O Davis started talking, about my case & charges & my situation to other C.O's & with other inmates, which put my safety at risk.

✳ I Have Been getting emotional & Physical abuse and receiving it too, from this Prison.

✳ Than on December 27th I was assaulted out of nowhere From Behind, By another inmate that I never even talk to named Jacob, Hastings for no reason But I Later found out that it was in Relation with C.O Davis. situation.

✳ Also Between December and now the times I've Been in "GP" I asked the SGt's: Doore, tooler & unit manager: Dean Leonar if I can moved to a single cell Because BY Law Im not suppoussed to Be in a cell living with a inmate whose already sentenced or awaiting an appeal or a state inmate while Im a federal inmate and explain to them →

2)→ That is illegal Because if something Happen and show them a paper where my federal Judge say's Im not to be Housed with another inmate doing a sentence or Awaiting on Appeal, and their Answer was "we Dont care, we can Do whatever we want we Yall federal inmates, you can either Accept it and Deal with it or you can go Back to shu/600 until the feds sentence you & come grab you".

* Multiple times I wrote letter to the warden & spoke to him about 2-3 times when He Did around and explain the situations to Him and whats going on and nothing got Done about it.

* I've Been requesting my mental Health medication for 8 months now and Havnt got it

* from october until May 28th I got Denyied Access to the law-library and law Books, Knowing I have 2 serious federal case & Rico Im fighting, and a trial to prepare for thats coming up soon.

* I can say that for sure my first, fourth, Eight, six and Fourteenth Amendment Right Been violate in this facility.

* C.O Conrad unplugged the Phone from me while I was Havin a Conversation with my Lawyer in MAY and a few other times and also Denyied me Access to the Phone multiple times, officer Davis also.

* is alot more that I can Report that has Happen But, I Dont Have any more paper & pen to write with and on so sorry!!

* on June 8th I sent a letter to my Attorney & U.S Marshalls that suppoused to Be label a legal letter and it got sent Back to me open - which is illegal & a violation of my legal Rights and it got sent Back to me because I Didnt Put the zipcode & Building #, But it Doesnt Justife the letter Being open and when I informed it to SGt. Mullen He told me that its illegal and same with C.O garbaUJ that was the C.O who gave it Back to me and they Both told me to write a grievance that they witness about it, which I Did ad got ignored.

* on June 9th I asked SGt. Moore if He can grab me the 4 envelopes I Have in property of legalwork & my Pictures that I need and Been asking for a whole month I've Been in shu Because I Have trial in a month and He Did, He Brought me the Ammount they only Allow to Have in shu knowing I need all my legalwork to Be able to work on my case, and when He Brought me it, I found out that a few pages of my legal work and Kids & Fiance Pics are missing out of my property and they cant find it, Be advise that there is Regular inmates who work in property & Have Access to our Property.

* every time I need to meet with my Lawyer, they Dont allow for him to Bring any legalwork in or allow me to Bring any of my legalwork or notes when I meet with Him, and Im about to go to trial so it makes it Hard for us to Be able to study or work on my case, and violates my 6th Amendment right.

(emotional-Distress)

(retaliations from c.o's) - (Cruel & unusual punishment BY Co's)

✗ officers took my shirt and Denied me socks for over 2 week from June 7 - June 22.

✗ C.o placed me in Feces-covered cell and Denied me cleaning supplies, I also informed them that ventilation system Didnd work and I couldnt Breath good and it made my nose stuffy and I have heart problems. and multiple times ask them to moved cell and explain that is against my constitutional rights to live in an unfoctional cell.

✗ more of my legalmail starte Dissappearing and some were getting Destroyed and nah getting sent/Deliver to the personel I sent it too, All this was happening & getting worse After I filed multiple grievances and ask for a 1983 claim form.

✗ C.o Denyled me the right grievances forms for me to fill out.

✗ they were cleaning the shower for over a week, some times 2weeks June 2 - June 19 and then forcing you to having to take a shower in a super Dirty & feces + caverd shower or Denyled you the shower instead of having the unit worker clean it like they suppoussed too. especific Day
(June 19 - 7:30 - 8:10AM - C.O, Gokhan, Davis, Serrano, Kelley

*A C.O-Serrano Dropped the Bananas we was getting as Fruit on the Dirty inffected Floor and picked it up and put it, right Back with the rest with no care After me and other inmates telling him thats "gross" and nah right this have happen a few times already and it also happen on specific Day (June 13 - 3:30 - 4:00pm), A few of us inmates have also caught him picking his nose Before passing our Food.

*Multiple times of me going to federal court I didnt got Food or anything to eat, and I informed them multiple times C.O Burns & his parther that I Dont get food at court and they say they Didnt care and Decided to nah get me Food every time they took me to court and Let it Be known, they are not U.S marbshalls they regular prisons C.O, who told me "we aint giving you shit or doing anything for you since you like writting grievances!"

*on July 12 A C.O named Johson slamed the shower Door on my Face and it ented slamming hard on my foot and it messed up my toe, so I Asked for the nurse 4 times Because it was Bleeding Bad & hurting, But C.O's never called nurse.
*nurse never checked my foot or cleaned it, so it wont get infected.